### 7905.  EMPIRE COTTON OIL CO. v. MAXWELL.

JENKINS, J.  1.  "It is a good defense to an action on a negotiable promissory note, under seal, in the hands of the original payee, that it was executed without any lawful consideration."  *Lacey* v. *Hutchinson*, 5 *Ga. App.* 865 (64 S. E. 105); *Saul* v. *Southern Seating &c. Co.*, 6 *Ga. App.* 843, 847 (65 S. E. 1065); *Toller* v. *Hewitt*, 12 *Ga. App.* 496 (77 S. E. 650); *Strickland* v. *Farmers Supply Co.*, 14 *Ga. App.* 661, 664 (82 S. E. 161); *Seawright* v. *Dickson*, 16 *Ga. App.* 436, 442 (85 S. E. 625).

2.  The defense filed was sufficient to withstand the general demurrer of plaintiff, and the trial judge did not err in refusing to strike the plea.

Judgment affirmed.  *Broyles, P. J., and Bloodworth, J., concur.*

DECIDED MARCH 16, 1917.

Complaint; from city court of Cairo—Judge Willie.  October 17, 1916.

The action was on a promissory note in which the consideration recited was "value received."  The defendant's answer, which the court refused to strike on general demurrer, admitted the execution of the note, but denied liability thereon, and proceeded as follows:  "Defendant, for further answer, says that the note sued on is without any consideration whatever and is totally void.  For further answer the defendant says, that for some time prior to the execution of the note sued on the defendant had been buying cottonseed for plaintiff, and plaintiff claimed that defendant had not shipped all the seed bought, when in fact plaintiff knew that it had received all the seed purchased by defendant for it; the note sued on was given for said alleged shortage; and defendant shows that he was not indebted to plaintiff in any sum whatsoever, and had delivered to plaintiff all the cottonseed purchased by defendant for plaintiff, and said note is wholly without consideration and totally void."

*W. V. Custer,* for plaintiff, cited: *Turner* v. *Pearson,* 93 *Ga.* 515.

*S. P. Cain,* for defendant, cited: *Seawright* v. *Dickson,* 16 *Ga. App.* 436; *Friedman* v. *Ware,* 17 *Ga. App.* 677; *Gibbs* v. *Fourth Nat. Bank,* 17 *Ga. App.* 388.